## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## LAFAYETTE DIVISION

| | |
|---|---|
| **JEROME F. BRIDGES** | **CIVIL ACTION NO. 05-0777** |
| **VS.** | **SECTION P** |
| **LOUISIANA DEPARTMENT OF** | **JUDGE MELANÇON** |
| **PUBLIC SAFETY & CORRECTIONS** | **MAGISTRATE JUDGE HILL** |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that this complaint is construed as a petition for *habeas corpus* relief and that the petition is **DENIED AND DISMISSED WITHOUT PREJUDICE** since it plainly appears from the face of the petition and exhibits that the petitioner has failed to exhaust all available state court remedies.

**THUS DONE AND SIGNED**, in Chambers, in Lafayette, Louisiana, on this 24th day of April, 2006.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE